```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

ROBERT STEVEN HAMPTON                                    PLAINTIFF

v.                          Case No. 09-6073

MICHAEL CLEBNIK, COO of
POKER CREATIONS and NATIONAL
LEAGUE OF POKER                                         DEFENDANTS

## ORDER

Now on this 3rd day of August, 2011, there comes on for consideration the report and recommendation filed on June 20, 2011 (doc. 15) by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No objections were filed to the report and recommendations.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Default Judgment (doc. 12) is GRANTED.

Plaintiff shall have fourteen (14) days to file a bill of costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920. The U.S. District Clerk is directed to provide Plaintiff with a copy of the Bill of Costs form.

After Plaintiff submits his bill of costs, or after the

expiration of the fourteen (14) days, a default judgment will be entered against Defendants for $1,335.00 in compensatory damages, $6,675.00 in punitive damages and any recoverable costs.

   IT IS SO ORDERED.

                              /s/  Robert  T.  Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**